UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey   07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq. ~ VEF-0787
Attorney for Debtors, John Graham and Patricia
Graham

Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN GRAHAM AND
PATRICIA GRAHAM,

Debtors.

| | |
|---|---|
| Case Number: | 18-11503/VFP |
| Hearing Date: | |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed     ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 14, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having noted the debtors' request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtors' request is:

☒   Granted.  The deadline to file schedules is extended to ___February 19, 2018___ .

☐   Denied.

*rev.8/1/15*

2