| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, New Jersey 07601<br>Tel: 201-673-5777<br>Virginia E. Fortunato, Esq. ~ VEF-0787<br>Attorney for Debtors, John Graham and Patricia Graham | Order Filed on February 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOHN GRAHAM AND<br>PATRICIA GRAHAM,<br><br>                 Debtors. | Case Number:    18-11503/VFP<br><br>Hearing Date:    _____<br><br>Judge:    Vincent F. Papalia<br><br>Chapter:    13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 14, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having noted the debtors' request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtors' request is:

☒   Granted.  The deadline to file schedules is extended to __February 19, 2018__.

☐   Denied.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
John Graham  
Patricia Graham  
    Debtors

Case No. 18-11503-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 14, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.  
db/jdb        +John Graham,    Patricia Graham,    82 New York Avenue,    Dumont, NJ 07628-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           Virginia E. Fortunato    on behalf of Debtor John Graham njbankruptcy911@gmail.com,  
           bankruptcynotices2011@gmail.com  
           Virginia E. Fortunato    on behalf of Joint Debtor Patricia Graham njbankruptcy911@gmail.com,  
           bankruptcynotices2011@gmail.com  
                                                                                            TOTAL: 5