**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**0** Valuation of Security     **1** Assumption of Executory Contract or Unexpired Lease     **0** Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   John Graham
         Patricia Graham

Case No..:   18-11503
Judge:       Vincent F. Papalia

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
Date: 5/11/18

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **VEF**       Initial Debtor:  **J G**       Initial Co-Debtor  **P G**

# Part 1: Payment and Length of Plan

a. **The debtor shall pay $1,156.00** to the Chapter 13 Trustee, starting on February 1, 2018 for approximately 3 months then $754.00 for 57 months beginning May 1, 2018.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

# Part 2: Adequate Protection    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

# Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Virginia E. Fortunato, LLC** | Administrative | **Est. $3,000.00**\*\*\*Please note an itemized invoice will be filed with a fee application prior to confirmation as it is the office's standard practice.\*\*\* |
| **Marie-Ann Greenberg** | Administrative | Est. $4,640.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ☑ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been

2

assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
**Dumont Tax Collector**
**Quicken Loans**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims      ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
  ☐ Not less than $____ to be distributed *pro rata*

  ☑ Not less than **100%** percent

  ☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases      ☑ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions      ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J.**

4

**LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

    d. **Post-Petition Claims**

5

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Reducing monthly payments based on the claims filed. | Reducing monthly payments based on the claims filed. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes **Just J**    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here: **January and February 2018 mortgage payments were made timely to Quicken Loans and must be applied to the month they were made as the loan was and has remained current.**

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | May 11, 2018 | /s/ Virginia E. Fortunato |
|---|---|---|
| | | Virginia E. Fortunato |
| | | Attorney for the Debtor |
| Date: | May 11, 2018 | /s/ John Graham |
| | | John Graham |
| | | Debtor |
| Date: | May 11, 2018 | /s/ Patricia Graham |
| | | Patricia Graham |
| | | Joint Debtor |

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | May 11, 2018 | /s/ Virginia E. Fortunato |
|---|---|---|
| | | Virginia E. Fortunato |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | May 11, 2018 | /s/ John Graham |
|---|---|---|
| | | John Graham |
| | | Debtor |
| Date: | May 11, 2018 | /s/ Patricia Graham |
| | | Patricia Graham |
| | | Joint Debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:
John Graham
Patricia Graham
    Debtors

Case No. 18-11503-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: May 14, 2018
                          Form ID: pdf901     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.

```
db/jdb         +John Graham,    Patricia Graham,    82 New York Avenue,    Dumont, NJ 07628-2410
517296575     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      P.O. Box 15019,    Wilmington, DE 19886-5019)
517296580      +Bank of America (FDIC),    Corporate Office,    100 North Tryon Street,
                Charlotte, NC 28202-4031
517438963      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517296581      +Barclays Bank Delaware,    100 S West Street,    Wilmington, DE 19801-5015
517296582      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
517296583      +Barclays Bank Delaware (FDIC),    Headquarters,    125 South West Street,
                Wilmington, DE 19801-5014
517296584       Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
517296585      +Chase Bank USA, NA (FDIC),    200 White Clay Center Drive,    Newark, DE 19711-5466
517296586      +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
517296587       Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
517296588      +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
517296590      +Citibank/Sears,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
517296589      +Citibank/Sears,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                Saint Louis, MO 63179-0040
517296592      +Citibank/The Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517296591      +Citibank/The Home Depot,    Citicorp Credit Services,    Centralized Bankruptcy,
                P.O. Box 790040,    Saint Louis, MO 63179-0040
517296593      +Citicards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296598      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296594      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                Saint Louis, MO 63179-0040
517296602      +Discover Bank (FDIC),    502 E. Market Street,    Greenwood, DE 19950-9700
517296607      +Dumont Tax Collector,    50 Washington Avenue,    Dumont, NJ 07628-3647
517296608       Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309
517296609      +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
517296610      +Fiona Graham,    82 New York Avenue,    Dumont, NJ 07628-2410
517296612       Home Depot Corporate Offices,    2455 Paces Ferry Road NW,    Atlanta, GA 30339
517296613      +JPMorgan Chase Bank, N.A. (FDIC),    1111 Polaris Parkway,    Columbus, OH 43240-2031
517296615       PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
517296614      +PNC Bank,    Att: Bankruptcy Department,    P.O. Box 94982,    Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
517296616      +PNC Bank,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
517437340      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
517296617      +PNC Bank, NA (FDIC),    222 Delaware Avenue,    Wilmington, DE 19801-1621
517296619      +Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
517296620      +Sears Corporate Headquarters,    3333 Beverly Road,    Hoffman Estates, IL 60179-0001
517296621       Sears Credit Cards/Citibank,    P.O. Box 78051,    Phoenix, AZ 85062-8051
517296622      +Trans Union,    P.O. Box 2000,    Chester, PA 19016-2000
517296623      +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 14 2018 23:29:54
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517296605       E-mail/Text: mrdiscen@discover.com May 14 2018 23:30:55      Discover Financial,
                P.O. Box 15316,    Wilmington, DE 19850
517296601      +E-mail/Text: mrdiscen@discover.com May 14 2018 23:30:55      Discover,    P.O. Box 71084,
                Charlotte, NC 28272-1084
517313691       E-mail/Text: mrdiscen@discover.com May 14 2018 23:30:55      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517296603      +E-mail/Text: mrdiscen@discover.com May 14 2018 23:30:55      Discover Financial,    P.O. Box 3025,
                New Albany, OH 43054-3025
517433303       E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2018 23:35:44
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517394764       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2018 23:29:56
                Portfolio Recovery Associates, LLC,    c/o Barclaycard Arrival Plus,    POB 41067,
                Norfolk VA 23541
517296618      +E-mail/Text: bankruptcyteam@quickenloans.com May 14 2018 23:31:52      Quicken Loans,
                1050 Woodward Avenue,    Detroit, MI 48226-1906
517341637      +E-mail/Text: bankruptcyteam@quickenloans.com May 14 2018 23:31:52      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
517365433      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2018 23:29:54      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: May 14, 2018
                              Form ID: pdf901          Total Noticed: 48


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517296576*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:     Bank of America,     P.O. Box 982238,     El Paso, TX 79998)
517296577*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:     Bank of America,     P.O. Box 982238,     El Paso, TX 79998)
517296578*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:     Bank of America,     P.O. Box 982238,     El Paso, TX 79998)
517296579*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:     Bank of America,     P.O. Box 982238,     El Paso, TX 79998)
517296572*       +Bank of America,    Nc4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
517296573*       +Bank of America,    Nc4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
517296574*       +Bank of America,    Nc4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
517296595*       +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                   Saint Louis, MO 63179-0040
517296596*       +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                   Saint Louis, MO 63179-0040
517296597*       +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                   Saint Louis, MO 63179-0040
517296599*       +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296600*       +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517296606*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court:     Discover Financial,     P.O. Box 15316,     Wilmington, DE 19850)
517296604*       +Discover Financial,    P.O. Box 3025,    New Albany, OH 43054-3025
517296611*       +Fiona Graham,    82 New York Avenue,    Dumont, NJ 07628-2410
517296571       ##+Bank of America,    Nc4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
                                                                                       TOTALS: 0, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia E. Fortunato    on behalf of Debtor John  Graham njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
              Virginia E. Fortunato    on behalf of Joint Debtor Patricia  Graham njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
                                                                                             TOTAL: 5
```