| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtors, John Graham and Patricia Graham* |

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>**JOHN GRAHAM and<br>PATRICIA GRAHAM,**<br><br>        Debtors. |
|---|

Case No.   18-11503/VFP

Chapter:   13

Hearing Date:   June 12, 2018

Judge:   Vincent F. Papalia

### ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 28, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page: 2
Debtors: John Graham and Patricia Graham
Case No.: 18-11503/VFP - Chapter 13
Caption: Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtors, John Graham and Patricia Graham, for an Order for an Allowance of Fees to the debtors' attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtors is hereby allowed the sum of $4,155.75 as her fee and $376.00 for costs and expenses of which $2,437.50 has already been received by said attorney and of which the balance of $2,094.25 shall be paid to said attorney through the debtor's plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further,

**ORDERED,** that should this case terminate due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the movant before monies are released to the debtor.