| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtors, John Graham and Patricia Graham* |

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>**JOHN GRAHAM and<br>PATRICIA GRAHAM,**<br><br>       Debtors. |
|---|

Case No.   18-11503/VFP

Chapter:    13

Hearing Date:   June 12, 2018

Judge:    Vincent F. Papalia

### ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 28, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | 2 |
| **Debtors:** | John Graham and Patricia Graham |
| **Case No.:** | 18-11503/VFP - Chapter 13 |
| **Caption:** | Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b) |

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtors, John Graham and Patricia Graham, for an Order for an Allowance of Fees to the debtors' attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtors is hereby allowed the sum of $4,155.75 as her fee and $376.00 for costs and expenses of which $2,437.50 has already been received by said attorney and of which the balance of $2,094.25 shall be paid to said attorney through the debtor's plan; and it is further,

**ORDERED,** that the monthly payment to the Chapter 13 Trustee shall not be increased based on this Order; and it is further,

**ORDERED,** that should this case terminate due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the movant before monies are released to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
John Graham  
Patricia Graham  
    Debtors

Case No. 18-11503-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 29, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.  
db/jdb       +John Graham,    Patricia Graham,    82 New York Avenue,    Dumont, NJ 07628-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         Virginia E. Fortunato    on behalf of Debtor John Graham njbankruptcy911@gmail.com, bankruptcynotices2011@gmail.com  
         Virginia E. Fortunato    on behalf of Joint Debtor Patricia Graham njbankruptcy911@gmail.com, bankruptcynotices2011@gmail.com  
                                                                                                 TOTAL: 5