UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon
701 Market Street, Suite 5000
Philadelphia, PA 19106

Attorneys for Secured Creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

In Re:
John Graham aka John M Graham Patricia Graham aka Patricia C Graham
         Debtor

Case No: 18-11503 VFP

Chapter: 13

Judge: Vincent F. Papalia

### CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 08/27/2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Status Change Form
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 08/27/2021          /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| John Graham aka John M Graham<br>82 New York Avenue<br>Dumont, NJ 07628<br>Patricia Graham aka Patricia C Graham<br>82 New York Avenue<br>Dumont, NJ 07628 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Virginia E. Fortunato<br>One Kinderkamack Road<br>Hacensack, NJ 07601 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330<br>(VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |