UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VIRGINIA E. FORTUNATO, ESQ.
One Kinderkamack Road
Hackensack, New Jersey  07601
Tel: 201-673-5777
Virginia E. Fortunato, Esq. ~ 0787
Attorney for Debtors, John Graham and Patricia Graham

In Re:

JOHN GRAHAM and
PATRICIA GRAHAM,

Debtors.

Case No.: __18-11503/VFP__

Chapter: __13__

Adv. No.: _____

Hearing Date: _____

Judge: __Vincent F. Papalia__

## CERTIFICATION OF SERVICE

1. I, ____Virginia E. Fortunato____ :

    ☑ represent the ____Debtors____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ____July 4, 2022____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    (a) Notice of Motion for Authorizing of Post-Petition Loan Modification, etc.;
    (b) Attorney's Certification in Support of Motion; and,
    (c) Proposed form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ____July 4, 2022____         /s/ Virginia E. Fortunato, Esq.
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Room No. 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road - Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rocket Loan Mortgage, LLC<br>f/k/a Quick Loans, Inc.<br>c/o Denise E. Carlton, Esq.<br>KLM Law Group, P.C.<br>701 Market Street - Suite 5000<br>Philadelphia, Pennsylvania  19106 | Attorneys for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mr. and Mrs. John Graham<br>82 New York Avenue<br>Dumont, New Jersey   07628 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |