| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2©<br><br>VIRGINIA E. FORTUNATO, ESQ.<br>One Kinderkamack Road<br>Hackensack, New Jersey  07601<br>Tel. 201-673-5777<br><br>Virginia E. Fortunato, Esq. ~ 07787<br>Attorney for Debtors, John Graham and Patricia Graham | Order Filed on July 19, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>**JOHN GRAHAM and**<br>**PATRICIA GRAHAM,**<br><br>          Debtors. | Case No. 18-11503/VFP<br><br>Chapter:    13<br><br>Hearing Date:<br><br>Judge:    Vincent F. Papalia<br><br>**MODIFIED FORM** |

**ORDER AUTHORIZING PROPOSED POST-PETITION LOAN MODIFICATION PURSUANT TO 11 U.S.C. §364 AND FED. R. BANKR. P. 4001(c)**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

DATED: July 19, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | **2** |
| **Debtor:** | **John Graham and Patricia Graham** |
| **Case No.:** | **18-11503/VFP - Chapter 13** |
| **Caption:** | **Order Authorizing Proposed Post-Petition Loan Modification Pursuant to 11 U.S.C. §364 and Fed. R. Bankr. P. 4001(c)** |

---

**THIS MATTER**, being opened before the Court by Virginia E. Fortunato, Esq., attorney for the debtors, John Graham and Patricia Graham, on motion (the "Motion") to approve a Loan Modification Agreement, and this Court having considered the submissions of the parties, argument of counsel (if any) and good cause appearing, and there being no opposition.

**IT IS HEREBY,**

**ORDERED**, that the debtors are hereby authorized to enter into a loan modification on his first mortgage held by Rocket Mortgage, LLC on the terms set forth in the Loan Modification Agreement submitted with the Motion; and it is further,

**ORDERED,** that per the terms of the loan modification agreement unpaid principal balance will be $305,019.42 and will be re-paid over the next 40 years at a rate of 3.125%; and it is further,

**ORDERED,** that the principal and interest payment will be $1,114.01 beginning July 1, 2022; and it is further,

**ORDERED,** that the loan modification agreement cures any and all escrow delinquencies and shall bring the debtors' mortgage current; and it is further,

**ORDERED,** that the post-petition arrears have been capitalized into the loan modification agreement, and the Chapter 13 Trustee shall not make any further distribution on Claim No. 2 filed by Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc.; and it is further,

**ORDERED,** that the loan modification agreement must be fully executed no later than 14 days from the date of this Order. If it is not, the secured creditor, within 14 days, must file with the Court and serve on the debtors, debtors' attorney, if any, and the Standing Chapter 13 Trustee a Certification indicating why the loan modification agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification.

**ORDERED,** that the 14 day period under Fed. R. Bankr. P. 6004 is hereby waived.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-11503-VFP |
| John Graham | Chapter 13 |
| Patricia Graham | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Graham, Patricia Graham, 82 New York Avenue, Dumont, NJ 07628-2410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 20, 2022 | Form ID: pdf903 | Total Noticed: 1

Virginia E. Fortunato    on behalf of Debtor John Graham njbankruptcy911@gmail.com
bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

Virginia E. Fortunato    on behalf of Joint Debtor Patricia Graham njbankruptcy911@gmail.com
bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 7