Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11503−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Graham
aka John M Graham
82 New York Avenue
Dumont, NJ 07628

Patricia Graham
aka Patricia C Graham
82 New York Avenue
Dumont, NJ 07628

Social Security No.:
xxx−xx−0774                                  xxx−xx−2189

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      9/1/22
Time:      02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Virginia E. Fortunato, Debtor's Attorney,
period: 3/30/2022 to 7/27/2022

COMMISSION OR FEES
$1,377.18

EXPENSES
$4.03.

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 27, 2022
JAN:

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-11503-VFP |
| John Graham | Chapter 13 |
| Patricia Graham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 27, 2022 | Form ID: 137 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Graham, Patricia Graham, 82 New York Avenue, Dumont, NJ 07628-2410 |
| 517296583 | + | Barclays Bank Delaware (FDIC), Headquarters, 125 South West Street, Wilmington, DE 19801-5014 |
| 517296602 | + | Discover Bank (FDIC), 502 E. Market Street, Greenwood, DE 19950-9700 |
| 517296607 | + | Dumont Tax Collector, 50 Washington Avenue, Dumont, NJ 07628-3647 |
| 517296610 | + | Fiona Graham, 82 New York Avenue, Dumont, NJ 07628-2410 |
| 517296612 | | Home Depot Corporate Offices, 2455 Paces Ferry Road NW, Atlanta, GA 30339 |
| 517296617 | + | PNC Bank, NA (FDIC), 222 Delaware Avenue, Wilmington, DE 19801-1621 |
| 517296620 | + | Sears Corporate Headquarters, 3333 Beverly Road, Hoffman Estates, IL 60179-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 20:50:46 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517296575 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2022 20:40:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 517296576 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2022 20:40:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296571 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2022 20:40:00 | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517296580 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 27 2022 20:40:00 | Bank of America (FDIC), Corporate Office, 100 North Tryon Street, Charlotte, NC 28202-4000 |
| 517438963 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 27 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517296582 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2022 20:40:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 517296581 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2022 20:40:00 | Barclays Bank Delaware, 100 S West Street, Wilmington, DE 19801-5015 |
| 517296587 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:32 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |

Case 18-11503-VFP    Doc 53    Filed 07/29/22    Entered 07/30/22 00:14:53    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 137 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 517296588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:32 | Citibank, NA (FDIC), 701 East 60th Street, North, Sioux Falls, SD 57104-0432 |
| 517296590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:43 | Citibank/Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 517296589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:31 | Citibank/Sears, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296592 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:32 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 517296591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:32 | Citibank/The Home Depot, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:43 | Citicards, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:56 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296594 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:43 | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296605 | | Email/Text: mrdiscen@discover.com | Jul 27 2022 20:40:00 | Discover Financial, P.O. Box 15316, Wilmington, DE 19850 |
| 517296601 | + | Email/Text: mrdiscen@discover.com | Jul 27 2022 20:40:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 517313691 | | Email/Text: mrdiscen@discover.com | Jul 27 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517296603 | + | Email/Text: mrdiscen@discover.com | Jul 27 2022 20:40:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 517296608 | ^ | MEBN | Jul 27 2022 20:37:32 | Equifax, 1550 Peartree Street NW, Atlanta, GA 30309-2468 |
| 517296609 | ^ | MEBN | Jul 27 2022 20:37:07 | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 517296584 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 20:50:35 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 517296585 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 20:50:35 | Chase Bank USA, NA (FDIC), 200 White Clay Center Drive, Newark, DE 19711 |
| 517296586 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 20:50:35 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517296613 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 20:50:46 | JPMorgan Chase Bank, N.A. (FDIC), 1111 Polaris Parkway, Columbus, OH 43240 |
| 517433303 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 20:50:51 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517296616 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 20:40:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 517296614 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 20:40:00 | PNC Bank, Att: Bankruptcy Department, P.O. Box 94982, Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 517296615 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 20:40:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285-6177 |
| 517437340 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 20:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517394764 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 18-11503-VFP    Doc 53    Filed 07/29/22    Entered 07/30/22 00:14:53    Desc Imaged
                          Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 137 | Total Noticed: 50 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 27 2022 20:50:37 | Portfolio Recovery Associates, LLC, c/o Barclaycard Arrival Plus, POB 41067, Norfolk VA 23541 |
| 517296619 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 27 2022 20:41:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 517296618 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 27 2022 20:41:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517341637 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 27 2022 20:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517296621 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:43 | Sears Credit Cards/Citibank, P.O. Box 78051, Phoenix, AZ 85062-8051 |
| 517365433 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 20:50:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517296623 | | Email/Text: DASPUBREC@transunion.com | Jul 27 2022 20:40:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |
| 517296622 | ^ | MEBN | Jul 27 2022 20:37:19 | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517296577 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296578 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296579 | *+ | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517296572 | *+ | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517296573 | *+ | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517296574 | *+ | Bank of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 517296599 | *+ | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296600 | *+ | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517296595 | *+ | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296596 | *+ | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296597 | *+ | Citicards CBNA, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 517296606 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, P.O. Box 15316, Wilmington, DE 19850 |
| 517296604 | *+ | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 517296611 | *+ | Fiona Graham, 82 New York Avenue, Dumont, NJ 07628-2410 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor John Graham njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |
| Virginia E. Fortunato | on behalf of Joint Debtor Patricia Graham njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 7