*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:
**John Graham**
**Patricia Graham**

Case No.: **18-11503**

Chapter: **13**

Judge: **Vincent F. Papalia**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**John Graham**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/31/22

/s/ John Graham
**John Graham**
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**John Graham**<br>**Patricia Graham** | Case No.  **18-11503**<br>Chapter:  **13**<br>Judge:  **Vincent F. Papalia** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Patricia Graham**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  8/31/22                         /s/ Patricia Graham
                                       **Patricia Graham**
                                       Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18