

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>VIRGINIA E. FORTUNATO, L.L.C.<br>One Kinderkamack Road<br>Hackensack, NJ 07601<br>201-673-5777<br><br>Virginia E. Fortunato #VEF-0787<br>*Attorney for Debtors, John Graham and Patricial Graham* | Order Filed on September 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**JOHN GRAHAM and**<br>**PATRICIA GRAHAM,**<br><br>　　　　Debtor.s | Case No.   18-11503/VFP<br><br>Chapter:   13<br><br>Hearing Date:   September 1, 2022<br><br>Judge:   Vincent F. Papalia |

**ORDER FOR ALLOWANCE OF POST-CONFIRMATION ATTORNEY FEES FOR
SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)**

　　　The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 6, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Vincent F. Papalia
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Page:** 2
**Debtors:** John Graham and Patricia Graham
**Case No.:** 18-11503/VFP - Chapter 13
**Caption:** Order For Allowance of Post-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

---

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtors, John Graham and Patricia Graham, for an Order for an Allowance of Fees to the debtors' attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtor is hereby allowed the sum of $1,377.18 as her fee and $4.03 for costs and expenses of which $0.00 has not been received by said attorney and of which the balance of $1,381.21 shall be disbursed by debtors' outside the debtors' plan.