**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, NJ 07601
201-673-5777

Virginia E. Fortunato #VEF-0787
*Attorney for Debtors, John Graham and Patricial Graham*

Order Filed on September 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JOHN GRAHAM and
PATRICIA GRAHAM,**

Debtor.s

Case No.   18-11503/VFP

Chapter:   13

Hearing Date:   September 1, 2022

Judge:   Vincent F. Papalia

**ORDER FOR ALLOWANCE OF POST-CONFIRMATION ATTORNEY FEES FOR
SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 6, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtors: | John Graham and Patricia Graham |
| Case No.: | 18-11503/VFP - Chapter 13 |
| Caption: | Order For Allowance of Post-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b) |

**THIS MATTER** being opened to the Court by Virginia E. Fortunato, Esq., attorney for the debtors, John Graham and Patricia Graham, for an Order for an Allowance of Fees to the debtors' attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED,** that the attorney for the debtor is hereby allowed the sum of $1,377.18 as her fee and $4.03 for costs and expenses of which $0.00 has not been received by said attorney and of which the balance of $1,381.21 shall be disbursed by debtors' outside the debtors' plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 18-11503-VFP
John Graham                                                                                  Chapter 13
Patricia Graham
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Graham, Patricia Graham, 82 New York Avenue, Dumont, NJ 07628-2410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022                       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 07, 2022 | Form ID: pdf903 | Total Noticed: 1

Virginia E. Fortunato
    on behalf of Debtor John Graham njbankruptcy911@gmail.com
    bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

Virginia E. Fortunato
    on behalf of Joint Debtor Patricia Graham njbankruptcy911@gmail.com
    bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 7