Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−11503−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Graham | Patricia Graham |
| aka John M Graham | aka Patricia C Graham |
| 82 New York Avenue | 82 New York Avenue |
| Dumont, NJ 07628 | Dumont, NJ 07628 |

Social Security No.:
  xxx−xx−0774                                       xxx−xx−2189

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 30, 2022</u>                   <u>Vincent F. Papalia</u>
                                                          Judge, United States Bankruptcy Court